UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**RALPH LAMONES, JR., individually
and as representative of the classes,**

    Plaintiff,

v.                                          Case No: 8:16-cv-2422-T-35AAS

**HUMAN RESOURCE PROFILE, INC.,**

    Defendant.

## ORDER

**THIS CAUSE** comes before the Court upon the Parties' Renewed Joint Motion for Preliminary Settlement Approval. (Dkt. 70) The Court has reviewed the Motion and exhibits thereto, the proposed Class Action Settlement Agreement, the record in this case, and is otherwise advised on the matter. Upon review, the Court finds that the Parties' Renewed Joint Motion for Preliminary Settlement Approval is due to be granted.

Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

1. The Parties' Renewed Joint Motion for Preliminary Settlement Approval, (Dkt. 70), is **GRANTED**.

2. <u>Preliminary Approval of Proposed Settlement</u>. The Court preliminarily approves the proposed Class Action Settlement Agreement ("Settlement Agreement"), (Dkt. 66-2), as fair, reasonable, and adequate and within the range of reasonableness for preliminary settlement approval. The Court finds that: (a) the Settlement Agreement resulted from extensive arm's length negotiations; and (b) the Settlement Agreement is sufficient to warrant notice of the settlement to persons in the Settlement Class and a full hearing on the approval of the settlement;

3. <u>Class Certification For Settlement Purposes Only</u>.   Pursuant to Federal Rule of Civil Procedure 23(c), the Court conditionally certifies, for settlement purposes only, the following Settlement Class:

> All individuals who were the subjects of background reports prepared by Defendant between August 23, 2014 and December 21, 2016, whose reports list charges that antedate the report by more than seven years with dispositions of acquitted, dismissed, dropped, amended to lesser offenses, nolle prossed, set aside, no action, no information filed, stricken off, withdrawn, or not guilty.
>
> Excluded from the class are any individuals who submit a timely and valid opt-out request.

In connection with this conditional certification, the Court makes the following preliminary findings for settlement purposes only:

(a) With approximately 3,106 members, the Settlement Class appears to be so numerous that joinder of all members is impracticable;

(b) There appear to be questions of law or fact common to the Settlement Class for purposes of determining whether this settlement should be approved;

(c) Plaintiff's claims appear to be typical of the claims being resolved through the proposed settlement;

(d) Plaintiff appears to be capable of fairly and adequately protecting the interests of the Settlement Class Members in connection with the proposed settlement;

(e) Common questions of law and fact appear to predominate over questions affecting only individual persons in the Settlement Class. Accordingly, the Settlement Class appears to be sufficiently cohesive to warrant settlement by representation; and

(f) Certification of the Settlement Class appears to be superior to other available methods for the fair and efficient resolution of the claims of the Settlement Class.

4. <u>Class Counsel</u>.  Nichols Kaster, PLLP is hereby APPOINTED as Class Counsel;

5. <u>Class Representative</u>.  Plaintiff Ralph Lamones, Jr. is hereby APPOINTED Class Representative;

6. <u>Class Notice</u>.  The Parties' Class Notice is APPROVED for distribution in accordance with the schedule included in the Settlement Agreement;

7. <u>Opt-Outs and Objections</u>.   Class Members shall have the right to either opt-out or object to this settlement pursuant to the procedures and schedule included in the Settlement Agreement;

8. <u>Cy Pres</u>.  If there are any remaining funds after the distributions are made pursuant to Paragraph 4.6 of the Settlement Agreement, those remaining funds will be paid as a donation to the *cy pres* recipient[1]:

> **Bay Area Legal Services Inc.**
> **1302 N. 19th Street, Suite 400**
> **Tampa, Florida 33605-5230**

9. <u>Final Approval Hearing</u>.   A Final Approval Hearing is set for **Wednesday, July 11, 2018 at 11:00 a.m.**, in Courtroom 7A, 801 North Florida Ave., Tampa, Florida 33602.

**DONE** and **ORDERED** in Tampa, Florida, this 12th day of April, 2018.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

---

[1] The Settlement Agreement originally listed NACA Charitable Fund, Inc., a 501(c)(3) foundation run by the National Association of Consumer Advocates, as the *cy pres* recipient. However, that recipient has been replaced with Bay Area Legal Services Inc., an entity "dedicated to providing free civil legal services to qualified and low-income residents and nonprofits throughout the Tampa Bay area." See https://www.bals.org/.

3

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person