UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**RALPH LAMONES, JR., individually
and as representative of the classes,**

    Plaintiff,

v.                                    Case No: 8:16-cv-2422-T-35AAS

**HUMAN RESOURCE PROFILE, INC.,**

    Defendant.

## ORDER

**THIS CAUSE** comes before the Court for consideration of Plaintiff's Unopposed Motion for Attorney's Fees, Expenses, and Service Award. (Dkt. 74) On August 2, 2018, United States Magistrate Judge Amanda Arnold Sansone issued a Report and Recommendation recommending:

1. Plaintiff's Unopposed Motion for Attorney's Fees and Costs (Doc. 74) be GRANTED.

2. Class counsels' attorney's fees request of 30% of the settlement fund, or $34,500.00, be approved;

3. Class counsels' costs and expenses request in the amount of $11,537.77 be approved;

4. Settlement administration expenses to Dahl Administration, LLC, in the amount of $12,708.00 be approved; and

5. Mr. Lamones' incentive award in the amount of $3,500.00 be approved.

(Dkt. 77)   No objections have been filed to Judge Sansone's Report and Recommendation, and the time to do so has now passed.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the Magistrate Judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  28 U.S.C. § 636(b)(1)(C).  This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party."  Jeffrey S. v. State Bd. of Educ., 896 F.2d 507, 512 (11th Cir.1990) (quoting H.R. 1609, 94th Cong. § 2 (1976)).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo,* Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo,* even in the absence of an objection.  See Cooper-Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994).

Upon consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Furthermore, upon *de novo* review of the file, the Court finds that the amount of attorney's fees, expenses, and costs sought in this action are reasonable, thus, the Plaintiff's Motion is due to be granted.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Dkt. 77) is **CONFIRMED** and **ADOPTED** as part of this Order; and

2. Plaintiff's Unopposed Motion for Attorney's Fees, Expenses, and Service Award (DKt. 74) is **GRANTED**. Plaintiff Ralph Lamones, on behalf of himself and similarly situated class members, is hereby awarded the following:

   a. Attorney's fees to class counsel in the amount of **$34,500.00**;

   b. Costs and expenses to class counsel in the amount of **$11,537.77**;

   c. Settlement administration expenses to Dahl Administration, LLC, in the amount of **$12,708.00**; and

   d. Incentive award to class representative Ralph Lamones in the amount of **$3,500.00**.

**DONE** and **ORDERED** in Tampa, Florida, this 5th day of November, 2018.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Person